UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joan Lockhart Gardner,

      Plaintiff,               Civil No. 06-2354 (RHK/AJB)

vs.                        **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Experian Information Solutions,
Inc., CSC Credit Services, Inc., Trans
UnionLLC, Sherman Financial Group,
LLC, Citibank (South Dakota) N.A.,
DM Management/HSB, GE Consumer
Finance, Arrow Financial Services,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 13, 2006

                            s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge